MARY E. BURNS, by EDWARD McNICHOL, her Guardian ad Litem, Respondent, *v.* THE CITY OF YONKERS, Appellant.

*Burns* v. *City of Yonkers,* 89 Hun, 605, affirmed.
(Argued March 22, 1897; decided April 20, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered July 31, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*James M. Hunt* for appellant.

*Joseph F. Daly* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., dissenting.

---

SARAH GLEESON, as Administratrix of WILLIAM J. GLEESON, Deceased, Appellant, *v.* JOHN BRUMMER, Respondent.

*Gleeson* v. *Brummer,* 87 Hun, 465, affirmed.
(Argued March 22, 1897; decided April 20, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered June 29, 1895, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Circuit.

*Dudley R. Horton* for appellant.

*Edward W. S. Johnston* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.